UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBORAH ROGERS THIBODEAUX | * | CIVIL NO. 08-1028 |
| VERSUS | * | JUDGE MELANCON |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

IT IS ORDERED that the Motion to Dismiss filed by defendant, Prudential, pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction [rec. doc. 6] is DENIED.

Thus done and signed this ___ day of December, 2008 at Lafayette, Louisiana.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE